USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/22/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DONNIE FETTERS,

Defendant.

19 CR 387 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

Counsel for the defendant, with consent of the Government (see attached letter), requests that the conference currently scheduled for November 22, 2019 at 4:30 p.m. be adjourned. The conference shall be scheduled for January 17, 2020 at 11:45 a.m.

It is hereby ordered that the time until January 17, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
       20 November 2019

_____
Victor Marrero
U.S.D.J.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 18, 2019

*VIA ECF*
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Fetters*, 19 CR 387 (VM)

Dear Judge Marrero:

With the consent of the government, I write to seek an adjournment of the next pretrial conference, scheduled for November 22, 2019. The parties ask for a new date in mid-January, 2020. The parties are currently in plea discussions and I am in the process of gathering mitigation materials to present to the United States Attorney's Office.

To accommodate this request, Mr. Fetters has no objection to exclusion of time for speedy trial calculation purposes.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750


cc:    AUSA Ni Qian (via ECF)