```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/27/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,         :     **19 CR 387 (VM)**
                                  :
         -against-                :
                                  :            **ORDER**
DONNIE FETTERS,                   :
                                  :
              Defendant.          :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a conference in the above-referenced matter for May 15, 2020. Due to the ongoing coronavirus pandemic, it is hereby ordered that the conference is rescheduled for July 10, 2020 at 2:00 p.m.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice, and to ensure the safety and health of all parties. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED:**

Dated:    New York, New York
          26 March 2020

_____
Victor Marrero
U.S.D.J.