USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/21

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :         19 CR 387(VM)
        -against-                 :         ORDER
                                  :
DONNIE FETTERS,                   :
                                  :
                Defendant.        :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Defendant, with the consent of counsel for the Government (see Dkt. No. 39), requests that the status conference currently scheduled for June 4, 2021 be rescheduled. The conference shall be scheduled for Friday July 23, 2021 at 11:30 a.m.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until July 23, 2021.

    It is hereby ordered that time until July 23, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           02 June 2021

                                                  Victor Marrero
                                                     U.S.D.J.