USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    **19 CR 387 (VM)**
         -against-                 :    **ORDER**
                                   :
DONNIE FETTERS,                    :
                                   :
              Defendant.           :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

   Counsel for the Defendant, with the consent of the Government, requests that the sentencing currently scheduled for January 3, 2022 be rescheduled. (See Dkt. No. 53.) The sentencing shall be scheduled for Friday, March 25, 2022 at 10:30 a.m.

**SO ORDERED:**

Dated:   New York, New York
         14 December 2021

_____
Victor Marrero
U.S.D.J.