**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street
Tel: (

David E. Patton
*Executive Director*

Southern District

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2022

December 30, 2021

*VIA ECF*

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Fetters*, 19 CR 387 (VM)

Dear Judge Marrero:

      With the consent of the government and Pretrial Services, I write to seek a modification to the conditions of Mr. Fetters' release. Mr. Fetters is currently subject to home detention. However, his daughter is getting married and Mr. Fetters would like to attend the rehearsal dinner, ceremony, and reception. The rehearsal dinner will be held on January 7, 2022 and the ceremony and reception will be held on January 8, 2022. If permitted to attend the events, Mr. Fetters will return to his home each night and will not be sleeping out. He asks for leave from his home detention on January 7, 2022 between 4:00 p.m. to 10:00 p.m. and on January 8, 2022 starting at 10:00 a.m., returning to his home by 1:00 a.m on January 9, 2022.

      Thank you for your consideration of this application and Happy New Year.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:    AUSA Ni Qian (via ECF)
        USPO John Moscato (via email)

---

Defendant's request to temporarily modify his bail conditions to allow for the travel stated herein is GRANTED.

**SO ORDERED.**

Dated: New York, New York
        04 January 2022

*Victor Marrero*
U.S.D.J.