USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,    :
:
:    **19 CR 387 (VM)**
-against-    :    **ORDER**
:
:
DONNIE FETTERS,    :
:
                Defendant.    :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Defendant, with the consent of the Government, requests that the sentencing currently scheduled for March 25, 2022 be rescheduled. The sentencing shall be scheduled for Friday, June 10, 2022 at 12:00 p.m.

**SO ORDERED:**

Dated:   New York, New York
           22 February 2022

                                                  _____
                                                    Victor Marrero
                                                        U.S.D.J.