UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

Donnie Fetters

                                   Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19   -CR- 387 ( ) ( )

Defendant __Donnie Fetters_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/S/ Donnie Fetters by JLG
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Donnie Fetters_____
Print Defendant's Name

/s/ Julia Gatto
_____
Defendant's Counsel's Signature


__Julia Gatto_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

4/6/2022
_____
Date

_Jennifer E. Willis_
_____
U.S. District Judge/U.S. Magistrate Judge