UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                       :

                                                                                      :          **ORDER**

          -against-                                      :

                                                                                        :          19 CR 387

DONNIE RAY FETTERS,

                                                                                        :

                Defendant.
-----------------------------------------------------------------x

JENNIFER E. WILLIS, United States Magistrate Judge

       For the reasons stated on the record at the violation of pretrial release/bail hearing, the Court finds that the defense has proven by clear and convincing evidence that Mr. Fetters is not a flight risk and, with the following modifications to bail, Mr. Fetters is not a danger to the community.

       Bail is to be modified as follows:

1. Mr. Fetters is to be on Home Incarceration, secured by GPS monitoring.  Mr. Fetters does not have permission to work outside the home.

2. The supervising pretrial agency is to perform weekly, unannounced home visits.

       SO ORDERED.

Dated: New York, New York
       April 6, 2022

                                                                                    _____
                                                                                    JENNIFER E. WILLIS
                                                                                    United States Magistrate Judge